No. 83–6045.   ENGLISH v. McKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 83–6050.   MORRIS v. HENDERSON ET AL.   C. A. 5th Cir. Certiorari denied.

No. 83–6051.   MUSZYNSKI v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 83–6054.   MERRILL v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 83–6059.   FEARS v. TENNESSEE.   Ct. Crim. App. Tenn. Certiorari denied.

No. 83–6079.   NORRIS v. REDMAN, WARDEN, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–6083.   LEWIS v. SCULLY, WARDEN, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–6085.   JONES v. SCULLY, WARDEN, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 83–6091.   FOX v. DIXON.   C. A. 11th Cir.   Certiorari denied.

No. 83–6098.   LEONARDI v. STA-RITE REINFORCING, INC., ET AL.   Sup. Ct. Mich.   Certiorari denied.

No. 83–6100.   EUGE v. GOLDEN ET AL.   Sup. Ct. Mo.   Certiorari denied.

No. 83–6114.   FISHER v. FAUVER, DIRECTOR OF THE DIVISION OF CORRECTION AND PAROLE, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–6117.   BOWRING v. BARBER, SHERIFF, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 83–6122.   KHABIRI v. WALLACE ET AL.   C. A. 4th Cir. Certiorari denied.